|104  257|
|112   70|

104  257|
136  655|

[No. 19474.   Department Two.—September 29, 1894.]

## COUNTY OF LOS ANGELES, RESPONDENT, v. F. E. LOPEZ, AUDITOR, ETC., APPELLANT.

POWER OF BOARD OF SUPERVISORS—OFFICE OF LICENSE TAX COLLECTOR.—The board of supervisors of a county have no authority to create the office of license tax collector.

ID.—CASE AFFIRMED.—The case of *Eldorado County* v. *Meiss*, 100 Cal. 268, affirmed.

APPEAL from a judgment of the Superior Court of Los Angeles County.

The action was brought by the county of Los Angeles to restrain the county auditor from delivering a warrant to E. C. Hodgman for salary as license tax collector, and to restrain the treasurer from paying the warrant, upon the ground that the office of license tax collector was unlawfully created by the supervisors.

*James McLachlan*, and *Spencer G. Millard*, for Appellant.

*H. C. Dillon*, for Respondent.

The COURT.—The judgment appealed from in this case is affirmed on the authority of the case of *Eldorado County* v. *Meiss*, 100 Cal. 268, in which it was held that the board of supervisors had no authority to create the office of license tax collector, and in which the case of the *People* v. *Ferguson*, 65 Cal. 288, was also expressly overruled on this point.